UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EZZARD TEATS,

    Defendant.

Case No. 3:07-cr-00036-ECR-VPC

ORDER REGARDING SENTENCING REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)

Date of Original Judgment:     October 2, 2007
Date of Previous Amended Judgment:     October 9, 2008
Defendant's Attorney:     Paul Riddle, AFPD

On March 30, 2012, the parties filed a Joint Stipulation for Discretionary Relief Under 18 U.S.C. § 3582(c) (#34) for a reduction in the term of imprisonment imposed based on a Guideline Sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such joint stipulation, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable.

IT IS ORDERED that the Joint Stipulation for Discretionary Relief Under 18 U.S.C. § 3582(c) (#34) is **GRANTED** and the Defendant's previously imposed sentence of imprisonment of 84 months **is reduced to 70 months**.

Except as otherwise provided, all provisions of the judgment dated October 2, 2007 shall remain in effect.

**IT IS SO ORDERED.**

DATED this 10 day of April 2012.

_____
EDWARD C. REED
United States District Judge